UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 JUN -1 P 1: 35

UNITED STATES OF AMERICA     CRIMINAL No. 3:64CR11310-AHN

v.

LUIGI APICELLA     MAY 26, 2006

## MOTION TO DISMISS

The United States Attorney, through James I. Glasser, Assistant United States Attorney, respectfully moves, pursuant to Rule 48(a) Fed. R. Crim. P., to dismiss the indictment pending against the defendant in the above-captioned matter. The defendant has not been located in the 22 years since a bench warrant was issued, and the indictment was issued approximately 42 years ago. This request is made in the interests of justice.

ORAL ARGUMENT
NOT REQUESTED

Respectfully submitted,

KEVIN J. O"CONNOR
UNITED STATES ATTORNEY

JAMES I. GLASSER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No: ct07221
157 Church Street
New Haven, Connecticut 06510
Tel. 203.821.3700
Fax. 203.773.5378
Email: james.glasser3@usdoj.gov

SO ORDERED:

_____
HON. Alan H. Nevas
UNITED STATES DISTRICT JUDGE

Dated at Bridgeport, Connecticut, this 5 day of June, 2006.